**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Reginald BOONE, a/k/a Reggie, Defendant—Appellant.**

No. 10–6380.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 1, 2010.

Reginald Boone, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Boone appeals the district court's order denying his motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and hold the district court did not abuse its discretion in denying the motion. *See United States v. Stewart,* 595 F.3d 197, 200 (4th Cir.2010). Accordingly, we affirm the district court's order for the reasons stated there. *See United States v. Boone,* No. 2:92–cr–00113–002 (E.D.Va. Feb. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*